UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00032 |
| | ) | JUDGE CAMPBELL |
| OMAR ALEJANDRO FLORES-LUJANO | ) | |

## ORDER

The Court held a hearing on October 5, 2012. For the reasons stated on the record, the sentencing is continued to October 19, 2012, at 9:00 a.m. All objections to the Presentence Report shall be filed by October 15, 2012.

It is so ORDERED.

                                                                                       _____
                                                                                       TODD J. CAMPBELL
                                                                                       UNITED STATES DISTRICT JUDGE