UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00032 |
| | ) | JUDGE CAMPBELL |
| MARIA LUJANO | ) | |

ORDER

The sentencing hearing for this Defendant is CONTINUED to April 15, 2013, at 9:00 a.m.

It is so ORDERED.

*Todd Campbell*

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE