UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:11-00032 |
| ) | JUDGE CAMPBELL |
| MARIA LUJANO ) | |

## ORDER

The Court has received a letter from Defendant Maria Lujano requesting new counsel. The Court will hold a hearing on October 8, 2013, at 2:00 p.m. regarding the letter.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE