UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00032 |
| | ) | JUDGE CAMPBELL |
| MARIA LUJANO | ) | |

## ORDER

The Court has received a letter from Defendant Maria Lujano requesting new counsel. The Court held a hearing on October 8, 2013. The Defendant withdrew her request for new counsel.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE